DAVID ERIC BROWNE #1948899
Wayne Scott Unit
6999 Retrieve Rd
Angleton, TX. 77515

Sept. 24, 2015

REC'D IN COURT OF APPEALS
12th Court of Appeals District

SEP 3 0 2015

TYLER, TEXAS
PAM ESTES, CLERK



Pam Estes, Clerk
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

RE: CASE NUMBER: 12-15-0019-CV
Trial Court Case No: 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

Style   DAVID ERIC BROWNE
        V.
        Ri Going, Et Al

Dear Madam, Please find enclosed the Certificate of service that belongs with the Motion for Appointment of Counsel and Motion for restricted Appeal one copy and original, Please accept my sincere appolisies, I misplaced it in my copy and when I put it together to mail out it was shuffled into my copy. I respectfully request you to please accept it and I again appolisize for any inconvience I may have caused. Thank you kindly for your time and consideration in this matter.

very sincerly

#1948899

Appellant Pro-se
David Eric Browne

## Certificate of Service

I DO HERE by CERTIFY that on Sept. 14th 2015 a true and Correct Copy of Motion for Appointment of Counsel and Motion for restricted Appeal was mailed to TWELFTH Court of Appeals 1517 WEST FRONT STREET Suite 354 Tyler, TEXAS 75702 PAM Estes, CLERK by U.S. First Class mail.

_____
Appellant pro se

I DAVID ERIC BROWNE TDCJ-ID #1948899 being presently incarcerated in the WAYNE Scott Unit of the TEXAS Department of Criminal Justice - Institutional Division in BRAZORIA County TEXAS verify and declare under penalty of perjury that the foregoing statements are true and Correct, Executed this day Sept. 14th 2015

_____ #1948899
Appellant pro se

REC'D IN COURT OF APPEALS
12th Court of Appeals District

SEP 30 2015

TYLER TEXAS
PAM ESTES, CLERK